```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 12054
   CHARLES D BLAIR
   DEENA BLAIR                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-4669      SSN XXX-XX-7000

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/26/04 and confirmed on 07/19/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  14175.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE         .00           .00            .00
WELLS FARGO FINANCIAL AC  SECURED           7370.00        309.60        7370.00
ANIMAL CLINIC OF ROMEOVI  UNSECURED        NOT FILED          .00            .00
ARGONNE CREDIT UNION      UNSECURED          1904.96          .00         694.10
CLARK MILLER              UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED           736.05          .00         268.19
PORTFOLIO RECOVERY ASSOC  UNSECURED          4845.36          .00        1765.49
CITICARDS PRIVATE LABEL   UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          1461.64          .00         532.57
ECAST SETTLEMENT CORPORA  UNSECURED          1157.09          .00         421.60
POETRY.COM                UNSECURED        NOT FILED          .00            .00
COST OF COLLECTION        COST OF COLLE    NOT FILED          .00            .00
WELLS FARGO FINANCIAL AC  UNSECURED          4587.30          .00        1671.46
        Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7370.00        .00     14692.40          .00      22062.40
PRINCIPAL PAID      7370.00        .00      5353.41          .00      12723.41
INTEREST PAID        309.60        .00          .00          .00        309.60
TOTAL PAID          7679.60        .00      5353.41          .00      13033.01
The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2734.00
and was paid $   2200.00   direct and $    534.00  through the plan.

The Trustee received $     607.99 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/15/07                               /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE